■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM F. CERVENY, Appellant.— Appeal (1) from a judgment of the County Court of Nassau County, convicting appellant of violations of section 1826 of the Penal Law (receipt of unlawful fees by an employee in the office of a public officer), on four counts, and (2) from the intermediate orders including an order denying appellant's motion to set aside the verdict and for a new trial. Appellant was sentenced on the first count to serve from one to two years, execution of which was suspended, and to pay a fine of $500 or to serve 90 days in the county jail; sentence was suspended on the other counts. The fine was paid. Judgment reversed on the law and the facts, fine remitted, and new trial ordered. The incriminating evidence was the testimony of the person who had paid the fees to appellant. That witness was an accomplice as a matter of law (*People* v. *Clougher,* 246 N. Y. 106; *People* v. *Mullens,* 292 N. Y. 408; *People* v. *Remer,* 243 App. Div. 566). The conviction was improper, since there was no evidence corroborating his testimony (Code Crim. Pro., § 399). No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEATRICE KAZLOW, Respondent, against JULIUS WACHT, Appellant.— Appeal from an order (1) denying appellant's motion to modify an order dated May 14, 1954, which sustained a writ of habeas corpus, awarded custody of the child of the parties to the respondent, and denied appellant rights of visitation, so as to grant him such rights, and (2) granting respondent's cross motion to punish appellant for contempt for violating the prior order. Order affirmed, without costs. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ STRAWBERRY HILL PRESS, INC., Respondent, v. LADDIE BOY DOG FOODS, INC., Appellant.— In an action to recover damages for breach of contract, and for other relief, wherein the answer asserts a defense and counterclaim based on breach of warranty, the appeal is from an order (1) denying appellant's motion to strike the case from the calendar on the grounds that respondent has not served a bill of particulars and that appellant has not had an ample opportunity to complete the examination of respondent before trial, and (2) granting respondent's motion to vacate appellant's demand for a bill of particulars and notice of examination. Order reversed, with $10 costs and disbursements, appellant's motion granted, and respondent's motion denied. In our opinion, the learned Special Term improvidently exercised its discretion in denying appellant's motion and granting respondent's motion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.